December 21, 2007

Mr. James R. Harris
Harris & Greenwell, L.L.P.
615 Upper N. Broadway, Suite 1700, MT-237
Corpus Christi, TX 78477-0237

Ms. Linda A. Acevedo
Assistant Disciplinary Counsel
P.O. Box 12487
Austin, TX 78711-2487
Mr. Stephen A. Moyik
Asst. Disciplinary Counsel
P.O. Box 12487 Capitol Station
Austin, TX 78711-2487

RE: Case Number: 06-1008
 Court of Appeals Number:
 Trial Court Number: Boda # 38020

Style: IN THE MATTER OF EUGENE X. MERCIER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
| | |